# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149872-3
150042

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC:  149872
                                                        COA:  317158
                                                        Wayne CC:  13-001620-AR

SEAN HARRIS,
        Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC:  149873
                                                        COA:  317272
                                                        Wayne CC:  13-001620-AR

WILLIAM LITTLE,
        Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC:  150042
                                                        COA:  316072
                                                        Wayne CC:  13-001041-FH

NEVIN HUGHES,
        Defendant-Appellant.

_____/

        On order of the Court, the applications for leave to appeal the July 15, 2014 judgment of the Court of Appeals are considered, and they are GRANTED.  The parties shall address:  (1) whether the Disclosures by Law Enforcement Officers Act, MCL 15.391, et seq., precludes the use of false statements by a law enforcement officer

in a prosecution for obstruction of justice; and (2) whether the waivers signed by the defendants bar the use of their statements in a criminal prosecution as violative of state or federal rights against self-incrimination.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae. Motions for permission to file briefs amicus curiae and briefs amicus curiae regarding these cases should be filed in *People v Harris* (Docket No. 149872) only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



Clerk

p0128